UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **DEBORAH KING,** | ) <br> ) <br> ) **Case No.: 2:17-cv-02635-JTF-tmp** |
| Plaintiff, | ) |
| v. | ) <br> ) **NOTICE OF SETTLEMENT** |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## **NOTICE OF SETTLEMENT**

TO THE CLERK:

PLEASE TAKE NOTICE that the parties have settled this action. Dispositional documents will be filed within sixty (60) calendar days.

Date: <u>February 26, 2018</u>         <u>/s/ Amy L. Bennecoff Ginsburg</u>
                                        Amy L. Bennecoff Ginsburg, Esquire
                                        Kimmel & Silverman, P.C.
                                        30 East Butler Pike
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Fax: (215) 540-8817
                                        Email: aginsburg@creditlaw.com
                                        Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on this 26th day of February 2018, with:

    United States District Court CM/ECF system

Notification sent electronic mail on this 26th day of February 2018, to:

Jeremy L. Retherford (Bar No: 27727)
Balch & Bingham, LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203
Email: jretherford@balch.com

                By: /s/ Amy L. Bennecoff Ginsburg
                Amy L. Bennecoff Ginsburg
                Kimmel & Silverman, P.C.
                Attorney for Plaintiff